460 A.2d 847

Pavolik, et vir. v. Johnston, Appellant.

Before POPOVICH, MONTGOMERY and VAN der VOORT, JJ.
Order affirmed.

May 13, 1983.

460 A.2d 847

Bader, Appellant v. Horton.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.
Orders affirmed.